# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENFANG XU<br><br>PLAINTIFF(S)<br><br>v.<br><br>FLAGSTAR BANK, FSB , et al.<br><br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:19–cv–08710–JAK–AGR<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

____          ____          ____

Date Filed      Doc. No.      Title of Doc.

**ERROR(S) WITH DOCUMENT:**

The Civil Cover Sheet (CV–71) is missing or incomplete. All civil actions presented for filing must be accompanied by a completed Civil Cover Sheet. See Local Rule 3–1. Counsel must file a completed Civil Cover Sheet immediately. Failure to do so may be addressed by judicial action, including sanctions. See Local Rule 83–7.

No Notice of Interested Parties has been filed. A Notice of Interested Parties must be filed with every party's first appearance. See Local Rule 7.1–1. Counsel must file a Notice of Interested Parties immediately. Failure to do so may be addressed by judicial action, including sanctions. See Local Rule 83–7.

*Other Error(s):*

Clerk, U.S. District Court

Dated: October 11, 2019   By: /s/ *Luz Hernandez  luz_hernandez@cacd.uscourts.gov*
Deputy Clerk

– NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING –