# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENFANG XU <br><br> **PLAINTIFF(S)** <br><br> v. <br><br> FLAGSTAR BANK, FSB , et al. <br><br> **DEFENDANT(S).** | CASE NUMBER: <br><br> 2:19−cv−08710−JAK−AGR <br><br><br> **NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

| 10/9/2019 | 2 and 3 | NOTICE OF REMOVAL |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT:**

*Other Error(s):*

An incorrect event was selected for Documents No. 2 and No. 3. The correct events are Exhibit (non−trial) and Declaration. You are not required to take any action in response to this notice unless the Court so directs.

Clerk, U.S. District Court

Dated: October 11, 2019         By:  /s/ *Luz Hernandez  luz_hernandez@cacd.uscourts.gov*
                                         Deputy Clerk